O

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. SA 10-342M |
| Plaintiff, | ) **ORDER OF DETENTION** |
| vs. | ) |
| JOSE MANUEL SANCEZ NUNEZ, | ) |
| Defendant. | ) |

I

A.    ( )    On motion of the Government in a case allegedly involving:

     1.    ( )    a crime of violence.

     2.    ( )    an offense with maximum sentence of life imprisonment or death.

     3.    ( )    a narcotics or controlled substance offense with maximum sentence of ten or more years.

     4.    ( )    any felony - where defendant convicted of two or more prior offenses described above.

     5.    ( )    any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive

device or any other dangerous weapon, or a failure to register under 18 U.S.C. § 2250.

B.    (X)    On motion by the Government/ ( ) on Court's own motion, in a case allegedly involving:

    1.    (x)    a serious risk that the defendant will flee.

    2.    ( )    a serious risk that the defendant will:

        a.    ( )    obstruct or attempt to obstruct justice.

        b.    ( )    threaten, injure or intimidate a prospective witness or juror, or attempt to do so.

C.    The Government ( ) is/ (x) is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community.

## II

A.    ( )    The Court finds that no condition or combination of conditions will reasonably assure:

    1.    (X)    the appearance of the defendant as required.

    ( ) and/or

    2.    ( )    the safety of any person or the community.

B.    ( )    The Court finds that the defendant has not rebutted by sufficient evidence to the contrary the presumption provided by statute.

## III

The Court has considered:

A.    the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or

1    destructive device;

2    B.    the weight of evidence against the defendant;

3    C.    the history and characteristics of the defendant; and

4    D.    the nature and seriousness of the danger to any person or the community.

5

6                                        IV

7    The Court also has considered all the evidence adduced at the hearing and the

8    arguments   and/or   statements   of   counsel,   and   the   Pretrial   Services

9    Report/recommendation.

10

11                                        V

12    The Court bases the foregoing finding(s) on the following:

13    A.    (X)    As to flight risk:

14    **Defendant is undocumented.  He has no ties to the community and**

15    **no bail resources.**

16    B.    ( )    As to danger:

17

18                                        VI

19    A.    ( )    The Court finds that a serious risk exists the defendant will:

20    1.    ( )    obstruct or attempt to obstruct justice.

21    2.    ( )    attempt to/ ( ) threaten, injure or intimidate a witness or

22    juror.

23    B.    The Court bases the foregoing finding(s) on the following:

24

25                                        VI

26    A.    IT IS THEREFORE ORDERED that the defendant be detained prior to

27    trial.

28    B.    IT IS FURTHER ORDERED that the defendant be committed to the

                                        3

1    custody of the Attorney General for confinement in a corrections facility
2    separate, to the extent practicable, from persons awaiting or serving sentences
3    or being held in custody pending appeal.

4    C.    IT IS FURTHER ORDERED that the defendant be afforded reasonable
5    opportunity for private consultation with counsel.

6    D.    IT IS FURTHER ORDERED that, on order of a Court of the United
7    States or on request of any attorney for the Government, the person in charge
8    of the corrections facility in which defendant is confined deliver the defendant
9    to a United States marshal for the purpose of an appearance in connection with
10   a court proceeding.

11

12   DATED: August 30, 2010

13                                           MARC L. GOLDMAN
                                             _____
14                                           MARC L. GOLDMAN
                                             UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4